# CRIMINAL COMPLAINT

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| United States of America<br>v.<br>Jaime MARTINEZ-Garcia<br>Year of Birth: 1984   A087 451 064<br>Citizen of:  Mexico<br>BP Case Control #:   TCA-0905-1350 | DOCKET NO.<br><br>MAGISTRATE'S CASE N<br>09-09245M |

LODGED
RECEIVED _____ COPY
MAY 26 2009
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**Complaint for violation of Title   8   United States Code   § 1326**

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 23, 2009, at or near Nogales, Arizona, in the District of Arizona, Jaime MARTINEZ-Garcia, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, AZ on May 20, 2009, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto;  in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326 (b)(1).

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:

Jaime MARTINEZ-Garcia is a citizen of Mexico.  On May 20, 2009, Jaime MARTINEZ-Garcia was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, AZ.  On May 23, 2009, agents found MARTINEZ-Garcia in the United States at or near Nogales, Arizona.  MARTINEZ-Garcia did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE

Border Patrol Agent(s) **Frank Novotny**

AUTHORIZED BY AUSA
DETENTION REQUESTED

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE (1)

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Senior Patrol Agent

DATE
May 26, 2009

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91  (Rev. 11/82)